DOA 11-4-16

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| David Sauceda-Ontiveros, | ) | Case No. 16-8424MJ |
| a.k.a.: Omar Perez-Ontiveros, | ) | |
| a.k.a.: Omar Perez-Salazar, | ) | |
| a.k.a.: Jose Perez-Ontiveros, | ) | |
| (A 200 280 819) | | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 1, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

David Sauceda-Ontiveros, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about March 29, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

CEB
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Abbie Broughton Marsh

☒ Continued on the attached sheet.

*Complainant's signature*

Rene A. Lopez,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 7, 2016

*Judge's signature*

City and state: Phoenix, Arizona

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Rene A. Lopez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 1, 2016, David Sauceda-Ontiveros was booked into the Maricopa County Jail (MCJ) intake facility by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Sauceda-Ontiveros was examined by ICE Officer G. Thompson who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On November 4, 2016, Sauceda-Ontiveros was released from the MCJ and was transported to the Phoenix ICE office for further investigation and processing. Sauceda-Ontiveros was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed David Sauceda-Ontiveros to be a citizen of Mexico and a previously deported criminal alien. Sauceda-Ontiveros was removed from the United States to Mexico through Nogales, Arizona, on or about March 29,

1

2012, pursuant to an order of removal issued by an immigration judge. There is no record of Sauceda-Ontiveros in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Sauceda-Ontiveros' immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that David Sauceda-Ontiveros was convicted of Criminal Damage, and Solicitation to Unlawfully Possess a Narcotic Drug, Cocaine, both felony offenses, on March 12, 2012, in the Superior Court of Arizona, Pima County. Sauceda-Ontiveros was sentenced to thirty (30) days' incarceration and three (3) years' probation. Sauceda-Ontiveros' criminal history was matched to him by electronic fingerprint comparison.

5. On November 4, 2016, David Sauceda-Ontiveros was advised of his constitutional rights. Sauceda-Ontiveros freely and willingly acknowledged his rights and declined to make any further statements at this time.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 1, 2016, David Sauceda-Ontiveros, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States

at Nogales, Arizona, on or about March 29, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
René A. Lopez,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 7th day of November, 2016.

_____
John Z. Boyle,
United States Magistrate Judge